**PRISONER CASE**

R-

HHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

FILED
AUG 07 2008   NF
8-7-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** KHALED OBEID

**Defendant(s):** UNITED STATES OF AMERICA

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Khalid Obeid
#14164-424
NEOCC
1102 Hubbard Road
Youngstown, OH 44501

**Defendant's Attorney:**
United States Attorney's Office
219 South Dearborn, Suite 500
Chicago, IL 60605

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. gov't. not a party)
☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV4457
JUDGE MANNING
MAGISTRATE JUDGE VALDEZ

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 540 Mandamus and other

**Cause of Action:** 28:1355

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** /s/

**Date:** 8/7/08

Manning
Valdez

02cr38-2